IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

ANTHONY STEPHENS,

          Plaintiff,

v.                                    CIVIL ACTION NO.  3:17-3930

CHOICE HOTELS INTERNATIONAL, INC.,
CHOICE HOTELS INTERNATIONAL SERVICE CORP.,
H.I. HERITAGE INN OF HUNTINGTON, INN and
T.M.I. HOSPITALITY, INC., all foreign corporations,

          Defendants.

## ORDER

Pending is Plaintiff's unopposed Motion to Amend Complaint. ECF No. 8. The Court **GRANTS** the motion and directs that the Amended Complaint be filed.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

                    ENTER:      October 2, 2017

                    ROBERT C. CHAMBERS
                    UNITED STATES DISTRICT JUDGE